UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TABITHA ALBERTI,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Civil Action No. 24-cv-03219-JEB |

### DEFENDANT DISTRICT OF COLUMBIA'S
### MOTION TO CONTINUE THE OCTOBER 1, 2025 HEARING

Defendant District of Columbia (the District) respectfully moves this Court to continue the October 1, 2025 hearing. The District seeks to continue the hearing because both counsels for the District have a previously scheduled deposition that day in another matter. A memorandum of points and authorities in support of this motion and a proposed order are attached.

Dated: September 24, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Rachel B. Gale*
RACHEL B. GALE [90003972]
HAILEY GUILLORY [90022027]
Assistant Attorneys General

400 6th Street, NW
Washington, D.C. 20001
(202) 735-7458
rachel.gale@dc.gov

*Counsel for Defendant District of Columbia*

## LCvR 7(m) CERTIFICATION

This certifies that I contacted Plaintiff's counsel on September 23 and 24, 2025, seeking Plaintiff's consent to the relief sought here. Plaintiff, through counsel, consents to the requested relief.

*/s/ Rachel B. Gale*
RACHEL B. GALE
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TABITHA ALBERTI,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Civil Action No. 24-cv-03219-JEB |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO CONTINUE THE OCTOBER 1, 2025 HEARING

Defendant District of Columbia (the District) respectfully moves to continue the October 1, 2025 hearing.

Under Fed. R. Civ. P. (6)(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if the request is made before the original time or its extension expires . . . ." The District files this motion before the October 1, 2025 hearing and good cause supports this request. The District seeks to continue the hearing because both counsels for the District, AAGs Rachel Gale and Hailey Guillory, have a previously scheduled deposition on October 1, 2025, in another matter (*Weaver v. District of Columbia*, No. 22-CV-2875 (RDM)) in which discovery closes on October 3, 2025. Granting this motion would not affect any other deadlines as there are no other pending deadlines in this case. Should the Court grant a continuance of the hearing, the District, in consultation with Plaintiff, proposes the following rescheduled dates: October 16, 2025; October 20, 2025; or October 21, 2025.

For these reasons, the District respectfully requests that the Court grant this motion.

Dated:  September 24, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Rachel B. Gale*
RACHEL B. GALE [90003972]
HAILEY GUILLORY [90022027]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 735-7458
rachel.gale@dc.gov

*Counsel for Defendant District of Columbia*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TABITHA ALBERTI,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Civil Action No. 24-cv-03219-JEB |

## ORDER

Upon consideration of Defendant District of Columbia's Motion to Continue the October 1, 2025 Hearing, the memorandum of points and authorities in support thereof, and the entire record, it is this _____ day of _____ 2025, hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that the October 1, 2025 Hearing is **CONTINUED** to _____, 2025, at _____ a.m./p.m.

**SO ORDERED**.

_____
JAMES E. BOASBERG
United States Chief District Judge