UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TABITHA ALBERTI, )<br>)<br>   *Plaintiff*, )<br>) | Case No.: 1:24-CV-03219 (JEB) |
| v. ) )<br>DISTRICT OF COLUMBIA, )<br>)<br>   *Defendant*. )<br>_____) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, the undersigned Scott M. Lempert, Esq. (Bar No. 1045184), hereby withdraws his appearance as counsel for Plaintiff in the above-captioned matter.

Plaintiff will continue to be represented in this matter by counsel Pamela M. Keith and Raymond Gordineer of Center for Employment Justice, LLC, as indicated on the below signature block. This withdraw will not prejudice Plaintiff, nor will it delay the proceedings, as Plaintiff remains represented by counsel of record listed above.

I have read this Notice and consent to the withdraw of counsel:

_____
Tabitha Alberti

                              Respectfully submitted,

                              */s/ Scott M. Lempert*
                              Scott M. Lempert, Esq. (Bar No. 1045184)
                              MORGAN & MORGAN, P.A.
                              2005 Market St., Suite 350

Philadelphia, PA 19103
Tel: (215) 488-5362
Scott.Lempert@forthepeople.com

Counsel Withdrawing for Plaintiff


Pamela M. Keith
Raymond Gordineer
CENTER FOR EMPLOYMENT JUSTICE, LLC
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
raygoordineer@centerforemploymentjustice.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This it to certify that on this 24th day of September 2025, a copy of the foregoing Notice of Withdraw of Counsel was served on counsel of record via electronic court filing.

/s/*Scott M. Lempert*
Scott M. Lempert